UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JODY TERRELL,           Petitioner, | No. CV 10-1524 JHN (AJW) |
| vs. | |
| LINDA SANDERS, Warden,           Respondent. | JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated 1/28/11

_____
Jacqueline H. Nguyen
United States District Judge